FRANK W. GORETH, as Administrator of the Estate of THOMAS KEIHER, Deceased, Respondent, *v.* JACOB R. SHIPHERD, Appellant.

*Goreth* v. *Shipherd*, 92 App. Div. 611, appeal dismissed.
(Submitted October 15, 1906; decided October 23, 1906.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 4, 1904, which affirmed an order of Special Term denying a motion for the vacation of certain orders of discontinuance.

The motion was made upon the ground that the appeal was unauthorized, permission to appeal not having been obtained.

*Charles H. Strong* for motion.

No one opposed.

Motion granted and appeal dismissed, without costs.